# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MR. MARCOS GARCIA, | ) |
|     Plaintiff, | ) Case No. 2:11-cv-01701-PMP-GWF |
| vs. | ) **ORDER** |
| RALPHS GROCERY COMPANY, dba FOOD 4 LESS, | ) |
|     Defendant. | ) |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#4) dated October 21, 2011, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#4) no later than **November 28, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 14th day of November, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge