# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MR. MARCOS GARCIA, | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-01701-PMP-GWF |
| vs. | ) | **ORDER** |
| RALPHS GROCERY COMPANY, dba FOOD 4 LESS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated October 21, 2011, required the parties to file a Joint Status Report regarding removed action no later than November 23, 2011. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **December 12, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3        DATED this 30th day of November, 2011.

4
5                                          _____
                                           GEORGE FOLEY, JR.
6                                          United States Magistrate Judge