Alexandra B. M<sup>c</sup>Leod
Nevada Bar No. 8185
BRADY, VORWERCK, RYDER & CASPINO
2795 East Desert Inn Road, Suite 200
Las Vegas, Nevada 89121
Telephone: (702) 697-6500
Facsimile: (702) 697-6505

Attorneys for Defendant, Ralphs Grocery Company
dba Food 4 Less

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MR. MARCOS GARCIA, individually, | Case No. 2:11-CV-01701 |
| Plaintiff, | (District Court Case No. A-11-640910-C) |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| RALPHS GROCERY COMPANY dba FOOD 4 LESS; DOES 1 through 100; and ROE CORPORATIONS 101 through 200, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel: that the complaint in the above-entitled case be dismissed with prejudice, and that the parties will bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

BRADY, VORWERCK, RYDER & CASPINO          BERNSTEIN & POISSON

_____              _____
Alexandra B. M<sup>c</sup>Leod, Esq.                    Glen A. Howard, Esq.
Nevada Bar No. 8185                         Nevada Bar No. 9065
2795 E. Desert Inn Road, Suite 200          320 S. Jones Boulevard
Las Vegas, Nevada 89121                     Las Vegas, Nevada 89107
Attorneys for Defendant, The Kroger Company Attorney for Plaintiff, Marcos Garcia
dba Ralphs Grocery Company
dba Food 4 Less

05-02-12P03:40 RCVD

BRADY, VORWERCK, RYDER & CASPINO
2795 East Desert Inn Road
Suite 200
Las Vegas, Nevada 89121

1                                                                   2:11-CV-01701
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

## ORDER

IT IS SO ORDERED.

DATED this _9th day of May, 2012.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

BRADY, VORWERCK, RYDER & CASPINO

_____
Alexandra B. M<sup>c</sup>Leod, Esq.
Nevada Bar No. 8185
2795 E. Desert Inn Road, Suite 200
Las Vegas, Nevada 89121
Attorneys for Defendant, The Kroger Company
dba Ralphs Grocery Company
dba Food 4 Less